IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| KEVIN and SUSAN SULLIVAN, husband and wife, | ) ) ) | CV 12-124-M-DWM |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| YOUNG LIVING, a Utah corporation, YOUNG LIVING ESSENTIAL OILS, a Utah limited liability company, and CHERIE ROSS, a married person, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a) as to Defendants Young Living and Young Living Essential Oils, LC,

IT IS HEREBY ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, as to Defendants Young Living and Young Living Essential Oils, LC, each party to pay its own costs.  All pending motions are MOOT and all deadlines are VACATED.

DATED this 11th day of October, 2012.

/s/ Donald W. Molloy
_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT