IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| KEVIN and SUSAN SULLIVAN husband and wife, | ) ) ) | CV 12-124-M-DWM |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| CHERIE ROSS, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

The parties having files a stipulation for dismissal pursuant to Rule 41(a) as to Defendant Cherie Ross,

IT IS HEREBY ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, as to Defendant Cherie Ross, each party to pay its own costs. This case is CLOSED.

DATED this 21st day of November, 2012.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT